KYLE SCHUMACHER (BAR #121887)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
P.O. Box 558
Spring Branch, TX 78070
503-482-8137 ph
210-783-1383 fax

Attorneys for Plaintiff
Aron J. Francis

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON – EUGENE DIVISION

| | |
|---|---|
| Aron J. Francis,<br><br>     Plaintiff,<br><br>  v.<br><br>Experian Information Solutions, Inc.; and<br>DOES 1 through 100 inclusive,<br><br>      Defendants. | CASE NO. 6:23-cv-00572-MK<br><br><br>NOTICE OF INTENT TO SETTLE BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

  **PLEASE TAKE NOTICE THAT** Plaintiff Aron J. Francis and Defendant Experian Information Solutions, Inc., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Experian Information Solutions, Inc. within 90 days once the settlement is finalized.

**SCHUMACHER LANE PLLC**

Dated:  June 8, 2023    By: */s/ Kyle Schumacher*
              Kyle Schumacher
              Attorneys for Plaintiff