IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ARON J. FRANCIS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. *et al.*,<br><br>　　　　　　　　　　　Defendants. | 6:23-cv-00572-MK<br><br>JUDGMENT |

Based on the record, this matter is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated this <u>29th</u> day of August 2023.

　　　　　　　　　　　　　　　　　MELISSA AUBIN
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　By:　<u>/s/ J. Klein</u>
　　　　　　　　　　　　　　　　　　　　Deputy Clerk